UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Danielle Lynn Duguay

    v.                                           Case No. 20-cv-65-LM

RBS Citizens Bank et al

## ORDER

After due consideration of the objection and attachments filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 4, 2020.

_____
Landya B. McCafferty
Chief Judge

Date: April 15, 2020


cc:   Danielle Lynn Duguay, pro se